IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

MICHAEL JOE VILLARREAL, )
 )
        Petitioner, )
 )
v. ) Case No. CIV-11-123-RAW-KEW
 )
ROBERT PATTON, DOC Director, )
 )
        Respondent. )

### ORDER

On August 27, 2014, Magistrate Judge West filed a Report and Recommendation, recommending that this action (commenced by petitioner's filing of a petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254) be dismissed because petitioner did not demonstrate relief was warranted. Petitioner has filed an objection. After review, the recommendation of the Magistrate Judge will be followed.

It is the order of the court that the Report and Recommendation of the United States Magistrate Judge is hereby adopted and affirmed as the Order of the Court. Petitioner's petition pursuant to 28 U.S.C. §2254 is hereby DISMISSED.

**ORDERED THIS 30th DAY OF SEPTEMBER, 2014.**

**Dated this 30th day of September, 2014.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma